# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 24, 2026

The Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:  *United States v. Jermaine Lawrence*, 25 Cr. 572 (RA)**

Dear Judge Abrams,

With the consent of the government and the United States Pretrial Services Office, I respectfully request that this Court modify the conditions of Mr. Lawrence's pretrial release to remove the GPS monitoring condition.

Mr. Lawrence was presented on November 13, 2025 and released on conditions, including a condition of standalone GPS monitoring. He has been compliant with all conditions of pretrial release. At this time, no party objects to removing the GPS monitoring condition.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 25, 2026

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Jermaine Lawrence

cc:    AUSA Leslie Arffa
       US Pretrial Services Officer Jonathan Lettieri

1