# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

May 8, 2026

The Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  ***United States v. Jermaine Lawrence***, **25 Cr. 572 (RA)**

Dear Judge Abrams,

I write on behalf of the parties in advance of the status conference scheduled for May 15, 2026, at 2:30 p.m. The defense respectfully requests an adjournment of the status conference by approximately 30 days. The government recently extended a plea offer to Mr. Lawrence, which defense counsel requires additional time to review and discuss with Mr. Lawrence. The government consents to this request. This is the second request for adjournment in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Jermaine Lawrence
917-842-5074

CC:    AUSA Leslie Arffa

Application granted. The status conference is adjourned to June 16, 2026 at 12:00 p.m. Time is excluded until June 16, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 8, 2026