UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JERMAINE LAWRENCE

**Consent**
**Order of Restitution**

25 Cr. 572

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Leslie B. Arffa, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's convictions on Counts One and Two of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1. **Amount of Restitution**

JERMAINE LAWRENCE, the defendant, shall pay restitution in the total amount of $259,992.85 pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), to the victim of the offenses charged in Counts One and Two. The name, addresses, and specific amount owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A. **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

### B.     Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim identified in the Schedule of Victims, attached hereto as Schedule A, on a specified basis, as set forth in Schedule A.

### 2.     Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

### 3.     Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.     Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.     **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

United States Attorney for the
Southern District of New York

By: _____                              6/15/2026
Leslie B. Arffa                                          DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637 – 6522

JERMAINE LAWRENCE

By: _____                              6/16/26
Jermaine Lawrence                                       DATE

By: _____                              6/16/2026
Joy Chen                                                DATE
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8723

SO ORDERED:

_____

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

06/16/26

DATE

## Schedule A – Schedule of Victims Owed Restitution

**Victim**                                                          **Amount Owed**

Voya Financial                                                      $259,992.83
200 Park Avenue
New York, NY 10169
1-212-309-8200